**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. TDC-24-189** |
| | : | |
| **MICHAEL WAYNE CLEMENTS** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO SEAL**

**COMES NOW**, the Defendant, Michael Clements, by and through his attorneys, John M. Mckenna, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that his sentencing memorandum and supporting exhibits be filed under seal and in support thereof states the following:

1.      Mr. Clements' sentencing memorandum contains sensitive personal information about himself and third parties. Given the nature of the information contained in the sentencing memorandum, sealing is appropriate. For example, the memorandum discusses certain aspects of Mr. Clements' childhood and youth. This information implicates the privacy interests of Mr. Clements and his relatives. The memorandum also contains confidential health information concerning Mr. Clements. Finally, the memorandum contains information about third parties who were present during the execution of the residential search warrant in this case. In light the significant amount of sensitive personal information contained in the memorandum, Mr. Clements respectfully requests that the memorandum and

1

exhibits be accepted for filing under seal.

**WHEREFORE**, the Defendant respectfully requests that his sentencing

memorandum and supporting exhibits be filed under seal.

Date:  July 29, 2025                               Respectfully submitted,

                                                          /s/

                                        _____
                                        John M. McKenna
                                        Brennan, McKenna & Lawlor, Chtd.
                                        6305 Ivy Lane, Suite 700
                                        Greenbelt, Maryland 20770
                                        301.474.0044
                                        jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2025, a copy of the foregoing was sent

via ECF to all parties.

                                                    /s/

                                        _____
                                        John M. McKenna

2